IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERALD YOUNG,
    Plaintiff,

vs.                                    Case No.:  3:16cv257/RV/EMT

WILLIAM BROACH, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 1, 2017 (ECF No. 19).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  This case is **DISMISSED without prejudice** for misjoinder of Defendants and for failure to comply with an order of the court.

3.  The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 6th day of March, 2017.

> /s/ *Roger Vinson*
> **ROGER VINSON**
> **SENIOR UNITED STATES DISTRICT JUDGE**